# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., <br><br> Appellees, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Appellant. <br><br> AMERICAN SOCIETY FOR TESTING AND MATERIALS; NATIONAL FIRE PROTECTION ASSOCIATION, INC.; AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC., <br><br> Intervenors - Appellees | Appeal No.: 17-7039, 17-7035 <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL FOR APPELLEES** |

PLEASE TAKE NOTICE that Jonathan Hudis and Nikia Gray of Quarles & Brady LLP herein withdraw as counsel of record for Appellees. Please remove the undersigned from the service list in these consolidated appeals. Successor counsel representing Appellees is:

> John I. Stewart, Jr.
> CROWELL & MORING LLP
> 1001 Pennsylvania Ave., NW
> Washington, DC 20004-2595
> JStewart@Crowell.com

                                    Respectfully submitted,

                                    QUARLES & BRADY LLP

Dated: March 24, 2017      By:   */s/ Jonathan Hudis*
                                    Jonathan Hudis
                                    Nikia L. Gray
                                    1700 K Street NW, Suite 825
                                    Washington, DC 20006-3825
                                    Tel. (202) 372-9600
                                    Fax (202) 372-9599
                                    E-Mail Jon.Hudis@quarles.com
                                    E-Mail Nikia.Gray@quarles.com

                                    *Outgoing Counsel for Appellees AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., and NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2017 the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL FOR APPELLEES** was filed with the Court using the Appellate CM/ECF system.

This document also was served via e-mail to:

>Andrew P. Bridges
>Sebastian E. Kaplan
>Matthew B. Becker
>FENWICK & WEST LLP
>555 California Street, 12th Floor
>San Francisco, CA 94104
>abridges@fenwick.com
>skaplan@fenwick.com
>mbecker@fenwick.com
>
>David E. Halperin
>1530 P Street NW
>Washington, DC 20005
>davidhalperindc@gmail.com
>
>Mitchell L. Stoltz
>Corynne McSherry
>ELECTRONIC FRONTIER FOUNDATION
>815 Eddy Street
>San Francisco, CA 94109
>mitch@eff.org,
>corynne@eff.org
>*Counsel for Appellant PUBLIC.RESOURCE.ORG, INC.*
>
>Michael F. Clayton
>MORGAN, LEWIS & BOCKIUS LLP
>1111 Pennsylvania Avenue, NW
>Washington, DC 20004-2541
>mclayton@morganlewis.com
>*Counsel for Appellee AMERICAN SOCIETY FOR TESTING AND MATERIALS*
>
>Kelly M. Klaus
>MUNGER TOLLES & OLSON LLP
>355 S Grand Ave #35
>Los Angeles, CA 90071
>Kelly.Kalus@mto.com
>*Counsel for Appellee NATIONAL FIRE PROTECTION ASSOCIATION, INC.*

Jeffrey S. Bucholtz
KING AND SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, D.C. 20006
jbucholtz@ksalaw.com
*Counsel for Appellee AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC.*

John I. Stewart, Jr.
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC  20004-2595
JStewart@Crowell.com
*Successor Counsel for Appellees RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., AND NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.*

Respectfully submitted,

QUARLES & BRADY LLP

Dated: March 24, 2017     By:     */s/ Jonathan Hudis*
Jonathan Hudis
Nikia L. Gray
1700 K Street NW, Suite 825
Washington, DC 20006-3825
Tel. (202) 372-9600
Fax (202) 372-9599
E-Mail Jonathan.Hudis@quarles.com
E-Mail Nikia.Gray@quarles.com

*Outgoing Counsel for Appellees AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., AMERICAN PSYCHOLOGICAL ASSOCIATION, INC., AND NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.*