IN THE

# United States Court of Appeals

### For The

# District of Columbia Circuit

Nos. 17-07035, 17-07039

Public.Resource.Org, Inc.,

*Appellant,*

vs.

American Society for Testing and Materials, et al.,

*Appellee.*

**On Appeal from
U.S. District Court for the District of Columbia
Honorable Tanya S. Chutkan
Case No. 1:13-cv-01215**

**NOTICE OF PARTIES' CONSENT TO PARTICIPATION AS AMICI CURIAE**

JACK R. BIERIG
TACY F. FLINT
BENJAMIN I. FRIEDMAN
SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
TELEPHONE: (312) 853-7000
FACSIMILE: (312) 853-7036

*Attorneys for American Medical Association, American Dental Association, and
American Hospital Association*

Pursuant to D.C. Circuit Rule 29(b), the American Medical Association, American Dental Association, and American Hospital Association (collectively "the Associations") hereby respectfully represent to the Court that they intend to participate in this case as *amici curiae* and to submit a brief addressing the legal issues raised by reference to copyrighted works in federal regulations and federal requirements to use such works for specified purposes. Each proposed *amicus* holds a copyright that could be affected by the outcome of this appeal.

Counsel for the Associations has consulted with counsel for all parties in this consolidated appeal, and the parties have consented to the Associations' participation in these proceedings.

Date:　April 5, 2017

　　　　　　　　　　　　　　　　　　　　*/s/ Jack R. Bierig*
　　　　　　　　　　　　　　　　　　　　Jack R. Bierig
　　　　　　　　　　　　　　　　　　　　Tacy F. Flint
　　　　　　　　　　　　　　　　　　　　Benjamin I. Friedman
　　　　　　　　　　　　　　　　　　　　SIDLEY AUSTIN LLP
　　　　　　　　　　　　　　　　　　　　ONE SOUTH DEARBORN STREET
　　　　　　　　　　　　　　　　　　　　CHICAGO, IL 60603
　　　　　　　　　　　　　　　　　　　　TELEPHONE: (312) 853-7000
　　　　　　　　　　　　　　　　　　　　FACISMILE: (312) 853-7036

　　　　　　　　　　　　　　　　　　　　*Attorneys for American Medical Association, American Dental Association, and American Hospital Association*

## **RULE 26.1 DISCLOSURE**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1 and to enable Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for the Associations states that the American Medical Association, American Dental Association, and American Hospital Association have no parent corporations and no publicly-held company has a 10% or greater ownership interest in them. The Associations are trade groups consisting of doctors, dentists, and hospitals.

Date:   April 5, 2017

                                                                        */s/ Jack R. Bierig*
Jack R. Bierig
Tacy F. Flint
Benjamin I. Friedman
SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
TELEPHONE:  (312) 853-7000
FACISMILE:  (312) 853-7036

*Attorneys for American Medical Association, American Dental Association, and American Hospital Association*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 5, 2017, I electronically filed the foregoing Notice of Parties' Consent to Participation as Amici Curiae with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system. Service was accomplished by the CM/ECF system on all counsel of record.

                                              */s/ Jack R. Bierig*
                                                 Jack R. Bierig