# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:**

_____

**v.**                                    **Case No:** _____

_____

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

_____     _____

_____     _____

_____     _____

_____

### Counsel Information

Lead Counsel: _____

Direct Phone: ( ____ ) _____  Fax: ( ____ ) _____  Email: _____

2nd Counsel: _____

Direct Phone: ( ____ ) _____  Fax: ( ____ ) _____  Email: _____

3rd Counsel: _____

Direct Phone: ( ____ ) _____  Fax: ( ____ ) _____  Email: _____

Firm Name: _____

Firm Address: _____

Firm Phone: ( ____ ) _____  Fax: ( ____ ) _____  Email: _____

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)