# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** American Society for Testing and Material

v.

Public.Resource.Org, Inc.

**Case No:** 17-7035

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ⦿ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

National Fire Protection Association, Inc.

### Counsel Information

**Lead Counsel:** Donald B. Verrilli, Jr.

**Direct Phone:** (202) 220-1101 **Fax:** (213) 683-4007 **Email:** Donald.Verrilli@mto.com

**2nd Counsel:** Kelly M. Klaus

**Direct Phone:** (415) 512-4017 **Fax:** (415) 644-6917 **Email:** Kelly.Klaus@mto.com

**3rd Counsel:**

**Direct Phone:** (___) _____ **Fax:** (___) _____ **Email:**

**Firm Name:** Munger, Tolles & Olson LLP

**Firm Address:** 1155 F Street NW, Washington, DC 20004

**Firm Phone:** (202) 220-1100 **Fax:** (___) _____ **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

**CERTIFICATE OF SERVICE**

      Pursuant to Federal Rule of Appellate Procedure 25, I certify that on April 6, 2017, I caused the foregoing document to be filed with the Clerk of the Court through the Court's CM/ECF system, which will serve notice of the filing on all filers registered in this case.

                                                       /s/ *Kelly M. Klaus*
                                                         Kelly M. Klaus