# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** American Society for Testing and Materials

v.

Public.Resource.Org, Inc.

**Case No:** 17-7035

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained  ☒ Pro Bono  ☐ Appointed (CJA/FPD)  ☐ Gov't counsel

for the ☒ Appellant(s)/Petitioner(s)  ☐ Appellee(s)/Respondent(s)  ☐ Intervenor(s)  ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Public.Resource.Org, Inc.

### Counsel Information

Lead Counsel: Andrew P. Bridges

Direct Phone: (415) 875-2389  Fax: (415) 281-1350  Email: abridges@fenwick.com

2nd Counsel: Matthew B. Becker

Direct Phone: (655) 335-7930  Fax: (415) 281-1350  Email: mbecker@fenwick.com

3rd Counsel:

Direct Phone: (___) _____  Fax: (___) _____  Email:

Firm Name: Fenwick & West LLP

Firm Address: 555 California St., Floor 12, San Francisco, CA 94104

Firm Phone: (415) 875-2300  Fax: (415) 281-1350  Email: abridges@fenwick.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

## CERTIFICATE OF SERVICE

I, Andrew P. Bridges, hereby certify that on April 6, 2017, I electronically filed the foregoing ENTRY OF APPEARANCE OF ANDREW P. BRIDGES with the United States Court of Appeals for the District of Colombia Circuit through the Court's CM/ECF system, which will serve all Counsel who are registered CM/ECF users.

Dated: April 6, 2017

FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350


By: */s/ Andrew P. Bridges*
         Andrew P. Bridges

*Attorneys for Respondent
Public.Resource.Org, Inc.,*