*Appeal Nos. 17-7035*

## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

American Society for Testing and Materials; National Fire Protection Association, Inc.; American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc.,

*Appellees,*

v.

Public.Resource.Org, Inc.,

*Appellant.*

Appeal from the United States District Court for the District of Columbia, Hon. Tanya S. Chutkan, Case Nos. 1:13-cv-01215-TSC-DAR and 1:14-cv-00857-TSC-DAR (consolidated)

## CORPORATE DISCLOSURE STATEMENT

Andrew P. Bridges
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350

*Attorneys for Respondent*
*Public.Resource.Org, Inc.,*

April 6, 2017

Pursuant to Fed. R. App. P. 26.1 and Circuit Rule 26.1, Defendant-Appellant

Public.Resource.Org, Inc. states that it has no parent corporation, and there is no

publicly held corporation that owns 10% or more of Public.Resource.Org, Inc.

Public.Resource.Org, Inc. is a registered 501(c)(3) nonprofit.


Dated: April 6, 2017                    FENWICK & WEST LLP


                                        By:  */s/ Andrew P. Bridges*
                                                Andrew P. Bridges

                                        *Attorneys for Respondent*
                                        *Public.Resource.Org, Inc.,*

## CERTIFICATE OF SERVICE

I, Andrew P. Bridges, hereby certify that on April 6, 2017, I electronically

filed the foregoing Corporate Disclosure Statement with the United States Court of

Appeals for the District of Colombia Circuit through the Court's CM/ECF system,

which will serve all Counsel who are registered CM/ECF users.


Dated: April 6, 2017                     FENWICK & WEST LLP
                                         555 California Street, 12th Floor
                                         San Francisco, CA  94104
                                         Telephone:  (415) 875-2300
                                         Facsimile:   (415) 281-1350



                                         By:  */s/ Andrew P. Bridges*
                                                Andrew P. Bridges

                                         *Attorneys for Respondent*
                                         *Public.Resource.Org, Inc.,*