*Appeal Nos. 17-7035*

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

American Society for Testing and Materials; National Fire Protection Association, Inc.; American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc.,

*Appellees,*

v.

Public.Resource.Org, Inc.,

*Appellant.*

Appeal from the United States District Court for the District of Columbia, Hon. Tanya S. Chutkan, Case Nos. 1:13-cv-01215-TSC-DAR and 1:14-cv-00857-TSC-DAR (consolidated)

**STATEMENT OF INTENT TO UTILIZE DEFERRED JOINT APPENDIX**

Andrew P. Bridges
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:   (415) 875-2300
Facsimile:    (415) 281-1350

*Attorneys for Respondent*
*Public.Resource.Org, Inc.,*

April 6, 2017

Pursuant to Fed. R. App. P. 30(c), Circuit Rule 30(c), and the Clerk's Order of March 7, 2017, Defendant-Appellant Public.Resource.Org, Inc. states that it has agreed with Plaintiff-Appellees American Society for Testing and Materials d/b/a ASTM International, National Fire Protection Association, Inc., American Society of Heating, Refrigerating, and Air Conditioning Engineers, American Educational Research Association, Inc., American Psychological Association, Inc., and National Council on Measurement in Education, Inc. to utilize a deferred joint appendix.

Dated: April 6, 2017                FENWICK & WEST LLP

                                    By: */s/ Andrew P. Bridges*
                                        Andrew P. Bridges

                                    *Attorneys for Respondent*
                                    *Public.Resource.Org, Inc.,*

# CERTIFICATE OF SERVICE

I, Andrew P. Bridges, hereby certify that on April 6, 2017, I electronically filed the foregoing Statement of Intent to Utilize Deferred Joint Appendix with the United States Court of Appeals for the District of Colombia Circuit through the Court's CM/ECF system, which will serve all Counsel who are registered CM/ECF users.

Dated: April 6, 2017

FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350

By: */s/ Andrew P. Bridges*
         Andrew P. Bridges

*Attorneys for Respondent
Public.Resource.Org, Inc.,*

1