# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** American Society for Testing and Materia

v.

Public.Resource.Org, Inc.

**Case No:** 17-7035

## TRANSCRIPT STATUS REPORT

○ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

⦿ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|------|--------------------|-------------------|
|      |                    |                   |
|      |                    |                   |
|      |                    |                   |
|      |                    |                   |
|      |                    |                   |

**Interim Part II** - The following necessary transcripts have been completed and received.

| Date | Type of Proceeding | Court Reporter(s) |
|------|--------------------|-------------------|
| 09-12-2016 | Summary Judgment Motions Hearing | Bryan A. Wayne |
| 11-04-2015 | Status Hearing | Bryan A. Wayne |
|      |                    |                   |
|      |                    |                   |
|      |                    |                   |

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I, Andrew P. Bridges, hereby certify that on April 6, 2017, I electronically filed the foregoing TRANSCRIPT STATUS REPORT with the United States Court of Appeals for the District of Colombia Circuit through the Court's CM/ECF system, which will serve all Counsel who are registered CM/ECF users.

Dated: April 6, 2017

FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350


By:  */s/ Andrew P. Bridges*
        Andrew P. Bridges

*Attorneys for Respondent
Public.Resource.Org, Inc.,*