# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** American Society for Testing and Materials

v.

Public.Resource.Org., Inc.

**Case No:** 17-7035

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as  ○ Retained  ● Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the  ● Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Public.Resource.Org., Inc.

### Counsel Information

Lead Counsel: Corynne McSherry

Direct Phone: (415) 436-9333  Fax: (415) 436-9993  Email: corynne@eff.org

2nd Counsel: Mitchell L. Stoltz

Direct Phone: (415) 436-9333  Fax: (415) 436-9993  Email: mitch@eff.org

3rd Counsel:

Direct Phone: (   )    -    Fax: (   )    -    Email:

Firm Name: Electronic Frontier Foundation

Firm Address: 815 Eddy Street, San Francisco, CA  94109

Firm Phone: (415) 436-9333  Fax: (415) 436-9993  Email: corynne@eff.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

# CERTIFICATE OF SERVICE

I certify that on April 6, 2017, I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system will serve all Counsel who are registered CM/ECF users in this case.

*/s/ Corynne McSherry*
Corynne McSherry