# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 17-7035 (consolidated with 17-7039)    2. DATE DOCKETED: 02-28-2017

3. CASE NAME (lead parties only) American Society for Testing and v. Public.Resource.Org, Inc.

4. TYPE OF CASE:  ☒ District Ct -  ○ US Civil  ● Private Civil  ○ Criminal  ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?  ○ Yes  ● No
   If YES, cite statute

6. CASE INFORMATION:
   a. District Court Docket No.          Bankruptcy Court Docket No.          Tax Court Docket No.
      Civil Action 1:13-cv-01215-TSC     Bankruptcy _____              Tax _____
      Criminal _____               Adversary _____
      Miscellaneous _____          Ancillary _____

   b. Review is sought of:
      ☐ Final Order    ☒ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal

   c. Name of judge who entered order being appealed:
      Judge Tanya S. Chutkan                    Magistrate Judge _____

   d. Date of order(s) appealed (use date docketed): 02-02-2017    e. Date notice of appeal filed: 02-15-2017

   f. Has any other notice of appeal been filed in this case?  ○ Yes  ● No    If YES, date filed: _____

   g. Are any motions currently pending in trial court?  ○ Yes  ● No    If YES, date filed: _____
      If YES, identify motion

   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?  ● Yes  ○ No
      If NO, why not?

   i. Has this case been before the Court under another appeal number?  ○ Yes  Appeal # _____  ● No

   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes  ● No If YES, give each case's court and case name, and docket number:

   k. Does this case turn on validity or correct interpretation or application of a statute?  ○ Yes  ● No
      If YES, give popular name and citation of statute

7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes  ● No    If so, provide program name and participation dates

Signature /s/ Andrew P. Bridges                    Date 04-06-2017
Name of Party Public.Resource.Org, Inc.
Name of Counsel for Appellant/Petitioner Andrew Bridges
Address 555 California St., 12th Floor, San Francisco, CA 94104
Phone ( 415 ) 875-2389    Fax ( 415 ) 281-1350

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I, Andrew P. Bridges, hereby certify that on April 6, 2017, I electronically

filed the foregoing CIVIL DOCKETING STATEMENT with the United States

Court of Appeals for the District of Colombia Circuit through the Court's CM/ECF

system, which will serve all Counsel who are registered CM/ECF users.

Dated: April 6, 2017                FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350


By:  */s/ Andrew P. Bridges*
           Andrew P. Bridges

*Attorneys for Respondent*
*Public.Resource.Org, Inc.,*