# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** American Society for Testing and Material

v.

Public.Resource.Org, Inc.

**Case No:** 17-7035

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ● Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Public.Resource.Org, Inc.

### Counsel Information

**Lead Counsel:** David Halperin

**Direct Phone:** (202) 905-3434  **Fax:** (202) 234-5176  **Email:** davidhalperindc@gmail.com

**2nd Counsel:**

**Direct Phone:** (   )    **Fax:** (   )    **Email:**

**3rd Counsel:**

**Direct Phone:** (   )    **Fax:** (   )    **Email:**

**Firm Name:** David Halperin, Attorney & Counselor

**Firm Address:** 1530 P Street NW Washington DC 20005

**Firm Phone:** (202) 905-3434  **Fax:** (202) 234-5176  **Email:** davidhalperindc@gmail.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)