# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Am. Soc'y for Testing and Materials, et al.

v.

Public.Resource.Org, Inc.

**Case No:** 17-07035, 17-07039

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◉ Retained ◯ Pro Bono ◯ Appointed (CJA/FPD) ◯ Gov't counsel

for the ◯ Appellant(s)/Petitioner(s) ◯ Appellee(s)/Respondent(s) ◯ Intervenor(s) ◉ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

American Medical Association

American Dental Association

American Hospital Association

### Counsel Information

Lead Counsel: Jack R. Bierig

Direct Phone: ( 312 ) 853-7614  Fax: ( 312 ) 853-7036  Email: jbierig@sidley.com

2nd Counsel:

Direct Phone: (____) ____-____  Fax: (____) ____-____  Email:

3rd Counsel:

Direct Phone: (____) ____-____  Fax: (____) ____-____  Email:

Firm Name:

Firm Address:

Firm Phone: (____) ____-____  Fax: (____) ____-____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2017, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system. Service was accomplished by the CM/ECF system on all counsel of record.

Jack R. Bierig

*/s/ Jack R. Bierig*