CASE NO. 17-7039

consolidated with CASE NO. 17-7035

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC., <br><br> AMERICAN PSYCHOLOGICAL ASSOCIATION, INC.; and <br><br> NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC., <br><br>      Plaintiffs/Appellees, <br><br>  v. <br><br> PUBLIC RESOURCE.ORG, INC., <br><br>      Defendant /Appellant. | Case No. 17-7039 <br><br> On Appeal from the United States District Court for the District of Columbia (No. 14-cv-857) |

## CORPORATE DISCLOSURE STATEMENT

    Pursuant to Fed. R. App. P. 26.1 and Circuit Rule 26.1, Plaintiffs-Appellees American Educational Research Association, Inc., American Psychological Association, Inc., and National Council on Measurement in Education, Inc., submit this Corporate Disclosure Statement as nongovernmental corporate parties to this proceeding.

Plaintiff – Appellee American Educational Research Association, Inc. states that it has no parent corporation, and there is no publicly held corporation that owns 10% or more of the American Educational Research Association, Inc.  The American Educational Research Association, Inc. is a not-for-profit corporation.

Plaintiff – Appellee American Psychological Association, Inc. states that it has no parent corporation, and there is no publicly held corporation that owns 10% or more of the American Psychological Association, Inc.  The American Psychological Association, Inc. is a not-for-profit corporation.

Plaintiff – Appellee National Council on Measurement in Education, Inc. states that it has no parent corporation, and there is no publicly held corporation that owns 10% or more of the National Council on Measurement in Education, Inc. The National Council on Measurement in Education, Inc. is a not-for-profit corporation.

Dated:  April 13, 2017                    Respectfully Submitted,


/s/ John I. Stewart, Jr.


John I. Stewart, Jr.
Clifton S. Elgarten
Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC  20004
202-624-2500
jstewart@crowell.com
celgarten@crowell.com

*Counsel for American Educational Research Association, Inc., American Psychological Association, Inc., and National Council on Measurement in Education, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of April, 2017, I electronically filed a true and correct copy of the foregoing Corporate Disclosure Statement with the CM / ECF system of the United States Court of Appeals for the District of Columbia Circuit, which caused all parties to be served by electronic means, as more fully reflected in the Notice of Docket Activity.

/s/ Michael J. Songer for John I. Stewart, Jr.

*Counsel for American Educational Research Association, Inc., American Psychological Association, Inc., and National Council on Measurement in Education, Inc.*