# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>          Plaintiffs-Appellees,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>          Defendant/Appellant. | Case No. 17-7035<br><br>(Consolidated with Case No. 17-7039) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Circuit Rule 26.1, Plaintiff-Appellee American Society for Testing and Materials d/b/a ASTM International ("ASTM") hereby submits the following disclosure as a nongovernmental corporate party:

ASTM is a not-for-profit corporation. It has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Dated: April 19, 2017 Respectfully submitted,

/s/ Allyson N. Ho

Allyson N. Ho
Morgan, Lewis & Bockius LLP
1717 Main Street, Suite 3200
Dallas, Texas 75201
Telephone: 214.466.4180
Email: allyson.ho@morganlewis.com

J. Kevin Fee
Jordana S. Rubel
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: 202.739.5353
Email: kevin.fee@morganlewis.com
       jordana.rubel@morganlewis.com

*Counsel for American Society For Testing And Materials d/b/a/ ASTM International*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of April, 2017, a true and correct copy of Corporate Disclosure Statement was electronically filed through the CM/ECF system, which caused all parties to be served by electronic means, as more fully reflected in the Notice of Docket Activity.

Service was also accomplished via CM/ECF to all counsel of record.

Dated:	April 19, 2017	/s/ Allyson N. Ho
		Allyson N. Ho

		Lead *Counsel for American Society For Testing And Materials d/b/a/ ASTM International*