# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, INC., <br><br>      *Plaintiffs-Appellees*, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>      *Defendant-Appellant*. | Case No. 17-7035 <br><br> (Consolidated with Case No. 17-7039) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, Plaintiff-Appellee American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc. ("ASHRAE") submits the following disclosure as a nongovernmental corporate party:

ASHRAE is a not-for-profit corporation. It has no parent corporation, and there is no publicly held corporation that owns 10% or more of its stock.

        Respectfully submitted,

        */s/ Paul Alessio Mezzina*
        Paul Alessio Mezzina
        KING & SPALDING LLP
        1700 Pennsylvania Ave. NW
        Washington, D.C. 20006
        Telephone: (202) 737-0500
        Facsimile: (202) 626-3737
        pmezzina@kslaw.com

        *Counsel for American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc.*

DATED: April 25, 2017

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25, I certify that on April 25, 2017, I served a copy of the foregoing document electronically on all registered counsel through the Court's CM/ECF system.

/s/ Paul Alessio Mezzina
Paul Alessio Mezzina