# United States Court of Appeals
## For The District of Columbia Circuit

───────────

**No. 17-7035**    **September Term, 2016**

1:13-cv-01215-TSC
1:14-cv-00857-TSC

**Filed On:** June 16, 2017

American Society for Testing and Materials, et al.,

      Appellees

   v.

Public.Resource.Org, Inc.,

      Appellant

------------------------------

Consolidated with 17-7039

## O R D E R

It is **ORDERED**, on the court's own motion, that appellant show cause by July 17, 2017, why these appeals should not be dismissed for lack of jurisdiction. See Fed. R. Civ. P. 54(b) (order adjudicating fewer than all claims of all parties is not final absent district court direction of entry of judgment and express determination that there is no just reason for delay in entry of judgment). The response to the order to show cause may not exceed 5,200 words. See Fed. R. App. P. 27(d)(2). Failure by appellant to respond to this order will result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to appellant by certified mail, return receipt requested, and by first class mail.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                BY:    /s/
                        Lynda Flippin
                        Deputy Clerk