# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 17-7035                                           September Term, 2016

1:13-cv-01215-TSC
1:14-cv-00857-TSC

Filed On: August 16, 2017

American Society for Testing and Materials,
et al.,

       Appellees

    v.

Public.Resource.Org, Inc.,

       Appellant

------------------------------

Consolidated with 17-7039

    **BEFORE:**    Henderson, Brown, and Srinivasan, Circuit Judges

## O R D E R

Upon consideration of the court's order to show cause filed on June 16, 2017, and the response thereto; and the unopposed motion to establish briefing schedule, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the question of this court's jurisdiction be referred to the merits panel to which this case is assigned. The parties are directed to address this question in their briefs rather than incorporate by reference the arguments presented in the response to the order to show cause. It is

**FURTHER ORDERED** that the unopposed motion to establish briefing schedule be granted. The following briefing schedule will apply in these consolidated cases:

    Appellant's Brief
    (not to exceed 13,000 words)                                              August 28, 2017

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 17-7035**                                                                     September Term, 2016

| | |
|---|---|
| Amici Curiae Briefs in Support of Appellant or in Support of Neither Party (not to exceed 6,500 words) | September 25, 2017 |
| Appellees' Brief(s) (not to exceed a combined total of 13,000 words) | October 25, 2017 |
| Amici Curiae Briefs in Support of Appellees (not to exceed 6,500 words) | November 22, 2017 |
| Appellant's Reply Brief (not to exceed 6,500 words) | December 15, 2017 |
| Deferred Appendix | December 22, 2017 |
| Final Briefs | January 5, 2018 |

The parties will be informed later of the date of oral argument and the composition of the merits panel.  To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms.  While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known.  See D.C. Circuit Handbook of Practice and Procedures 41 (2017); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due.  Filing by mail may delay the processing of the brief.  Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail.  See Fed. R. App. P. 25(a).  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  See D.C. Cir. Rule 28(a)(8).

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Robert J. Cavello
Deputy Clerk