UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

Nos. 17-7035 (Lead Case), 17-7039

---

AMERICAN SOCIETY FOR TESTING AND MATERIALS;
NATIONAL FIRE PROTECTION ASSOCIATION, INC.; AND
AMERICAN SOCIETY OF HEATING, REFRIGERATING,
AND AIR-CONDITIONING ENGINEERS, INC.,

*Plaintiffs-Appellees*,

v.

PUBLIC.RESOURCE.ORG, INC.,

*Defendant-Appellant.*

---

AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC.;
AMERICAN PSYCHOLOGICAL ASSOCIATION, INC.; AND
NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.,

*Plaintiffs-Appellees*,

v.

PUBLIC.RESOURCE.ORG, INC.,

*Defendant-Appellant,*

AMERICAN SOCIETY FOR TESTING AND MATERIALS;
NATIONAL FIRE PROTECTION ASSOCIATION, INC.; AND
AMERICAN SOCIETY OF HEATING, REFRIGERATING,
AND AIR-CONDITIONING ENGINEERS, INC.,

*Intervenors-Appellees.*

---

**NOTICE OF PARTIES' CONSENT TO PARTICIPATION AS *AMICI CURIAE***

Pursuant to Circuit Rule 29(b), the individuals and entities listed below represent to this Court that they intend to participate in this case as *amici curiae*. The proposed *amici* have the consent of all parties to do so.

Rev. b06140c4

- American Association of Law Libraries
- American Library Association
- Askin, Jonathan
- Association of College and Research Libraries
- Association of Research Libraries
- Bailey, Lila
- Bridy, Annemarie
- Browner, Carol M.
- Butler, Brandon
- Carrier, Michael A.
- Carroll, Michael W.
- Chon, Margaret
- Claybrook, Joan
- Courtney, Kyle K.
- Cross, Will
- DelRosso, Jim
- Dygert, Amy Vanderlyke
- Fastcase, Inc.
- Felten, Edward
- Free Law Project

- Ghosh, Shubha
- Gibson, James
- Hansen, David
- James, Bruce R.
- Judicata, Inc.
- Justia Inc.
- Katz, Ariel
- Keele, Benjamin J.
- Kraft, Seamus
- Lee, Sarah Hooke
- Levine, Kendra K.
- Liebesman, Yvette Joy
- Lincoln Network
- Love, Brian
- Macgillivray, Alexander
- McJohn, Stephen
- McLaughlin, Andrew
- Michaels, David
- Mosley, Raymond A.
- Ochoa, Tyler T.

- Olson, David
- OpenGov Foundation
- Patil, DJ
- Perzanowski, Aaron
- Podesta, John D.
- Post, David G.
- Public Knowledge
- Re:Create Coalition
- Reid, Blake E.
- R Street Institute
- Russell, Judith C.
- Silbey, Jessica
- Skalbeck, Roger V.
- Smith, Megan J.
- Sorkin, David E.
- Sunlight Foundation
- VanRoekel, Steven
- Walker, Robert
- Wheeler, Ronald E.
- Williams, Beth

- Wong, Nicole
- Wu, Michelle M.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1(a), the proposed *amici* represent that they have no parent corporations and that no publicly-held company has a 10% or greater ownership interest in them.

The proposed *amici* are library associations, nonprofit organizations, legal technology companies, former government officials, librarians, technologists, and professors of law.

Respectfully submitted,

Dated: September 22, 2017        */s/ Charles Duan*
Charles Duan
   *Counsel of Record*
Meredith F. Rose
Public Knowledge
1818 N Street NW, Suite 410
Washington, DC 20036
(202) 861-0020
cduan@publicknowledge.org

*Counsel for amici curiae*