Not Yet Scheduled for Oral Argument
No's. 17-7035 (Lead Case), 17-7039

In the
United States Court of Appeals
for the District of Columbia Circuit

———————

AMERICAN SOCIETY FOR TESTING AND MATERIALS;
NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and
AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND
AIR-CONDITIONING ENGINEERS, INC.

*Plaintiffs-Appellees*,

v.

PUBLIC.RESOURCE.ORG, INC.,

*Defendant-Appellant*.

———————

Appeal from the United States District Court
for the District of Columbia

———————

**NOTICE OF PARTIES' CONSENT TO PARTICIPATION
AS *AMICUS CURIAE***

———————

Pursuant to Circuit Rule 29(b), Sina Bahram represents to this Court that he intends to participate in this case as *amicus curiae*. The proposed *amicus* has the blanket consent of all parties to submit a brief *amicus curiae*.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1(a), the proposed amicus represent that he is not a corporation, that he has no parent corporations, and that no publicly-held company has a 10% or greater ownership interest in him.

Dated: September 22, 2017          Respectfully submitted,

        /s/ Phillip R. Malone
Phillip R. Malone
Jeffrey T. Pearlman
Juelsgaard Intellectual Property and
    Innovation Clinic
Mills Legal Clinic at Stanford Law School
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 725-6369
Facsimile: (650) 723-4426
Email: jipic@law.stanford.edu

*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 22, 2017, I electronically filed the foregoing Notice of Parties' Consent to Participation as *Amicus Curiae* with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

          /s/ Phillip R. Malone
Phillip R. Malone
Juelsgaard Intellectual Property and
   Innovation Clinic
Mills Legal Clinic at Stanford Law School
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 725-6369
Facsimile: (650) 723-4426
Email: jipic@law.stanford.edu