# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

Nos. 17-7035 (Lead Case), 17-7039

---

AMERICAN SOCIETY FOR TESTING AND MATERIALS;
NATIONAL FIRE PROTECTION ASSOCIATION, INC.; AND
AMERICAN SOCIETY OF HEATING, REFRIGERATING,
AND AIR-CONDITIONING ENGINEERS, INC.,

*Plaintiffs-Appellees,*

v.

PUBLIC.RESOURCE.ORG, INC.,

*Defendant-Appellant.*

---

AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC.;
AMERICAN PSYCHOLOGICAL ASSOCIATION, INC.; AND
NATIONAL COUNCIL ON MEASUREMENT IN EDUCATION, INC.,

*Plaintiffs-Appellees,*

v.

PUBLIC.RESOURCE.ORG, INC.,

*Defendant-Appellant,*

AMERICAN SOCIETY FOR TESTING AND MATERIALS;
NATIONAL FIRE PROTECTION ASSOCIATION, INC.; AND
AMERICAN SOCIETY OF HEATING, REFRIGERATING,
AND AIR-CONDITIONING ENGINEERS, INC.,

*Intervenors-Appellees.*

---

## SUPPLEMENTAL NOTICE OF PARTIES' CONSENT TO PARTICIPATION AS *AMICI CURIAE*

On September 22, 2017, a first Notice of Parties' Consent to Participation as

*Amici Curiae* was filed on behalf of sixty-two entities. The present Notice is filed

Rev. c9e1c40d

to add further parties who intend to join the same brief in support of Defendant-Appellant.

Pursuant to Circuit Rule 29(b), the individuals and entities listed below represent to this Court that they intend to participate in this case as *amici curiae*. The proposed *amici* have the consent of all parties to do so.

- Chopra, Aneesh
- Noveck, Beth Simone
- Pahlka, Jennifer
- Reich, Robert B.

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1(a), the proposed *amici* represent that they have no parent corporations and that no publicly-held company has a 10% or greater ownership interest in them.

The proposed *amici* are individual former government officials.

                Respectfully submitted,

Dated: September 25, 2017      */s/ Charles Duan*
                                            Charles Duan
                                              *Counsel of Record*
                                            Public Knowledge
                                            1818 N Street NW, Suite 410
                                            Washington, DC 20036
                                            (202) 861-0020
                                            cduan@publicknowledge.org
                                            *Counsel for amici curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2017, I caused the foregoing **Supplemental Notice of Parties' Consent to Participation as *Amici Curiae*** to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to all counsel of record.

Dated: September 25, 2017      */s/ Charles Duan*
                                            Charles Duan
                                            *Counsel for amici curiae*