ORAL ARGUMENT NOT YET SCHEDULED

Appeal No. 17-7035
(Consolidated with 17-7039)

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

American Society for Testing and Materials, et al.,

American Educational Research, et al.,

*Appellees,*

v.

Public. Resource.Org, Inc.,

*Appellant.*

On Appeal from the United States District Court
for the District of Columbia Hon. Tanya S. Chutkan
1:13-cv-1215-TSC
1:14-cv-0857-TSC

## NOTICE OF PARTIES' CONSENT TO MEMBERS OF CONGRESS'S PARTICIPATION AS AMICI CURIAE

Christopher T. Bavitz
Kendra K. Albert
Cyberlaw Clinic
Harvard Law School
1585 Massachusetts Avenue
Cambridge, MA 02138
(617) 384-9125
clinic@cyber.harvard.edu

Counsel for *Amici Curiae*

Catherine R. Gellis, Esq.
P.O. Box 2477
Sausalito, CA 94966
(202) 642-2849
cathy@cgcounsel.com

Local Counsel in the United States Court of Appeals for the District of Columbia Circuit

## REPRESENTATION OF CONSENT TO FILE BRIEF AS AMICI CURIAE

Pursuant to Circuit Rule 29(b), *amici* hereby provide notice that counsel for all parties have consented to the filing of briefs of *amici curiae* in support of Defendant-Appellant.

Dated: September 25, 2017      /s/ Catherine R. Gellis

                                     Catherine R. Gellis, Esq.
P.O. Box 2477
Sausalito, CA 94966
(202) 642-2849
cathy@cgcounsel.com

Local Counsel in the United States Court of Appeals for the District of Columbia Circuit

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to all counsel of record.

Dated: September 25, 2017        /s/ Catherine R. Gellis

                                        Catherine R. Gellis, Esq.
                                        P.O. Box 2477
                                        Sausalito, CA 94966
                                        (202) 642-2849
                                        cathy@cgcounsel.com

                                        Local Counsel in the United States Court of Appeals for the District of Columbia Circuit