ORAL ARGUMENT NOT YET SCHEDULED

Appeal No. 17-7035
(Consolidated with 17-7039)

---

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

American Society for Testing and Materials, et al.,

American Educational Research, et al.,

*Appellees,*

v.

Public. Resource.Org, Inc.,

*Appellant.*

---

On Appeal from the United States District Court
for the District of Columbia Hon. Tanya S. Chutkan
1:13-cv-1215-TSC
1:14-cv-0857-TSC

---

### NOTICE OF PARTIES' CONSENT TO MEMBERS OF CONGRESS'S PARTICIPATION AS AMICI CURIAE

---

| | |
|---|---|
| Christopher T. Bavitz<br>Kendra K. Albert<br>Cyberlaw Clinic<br>Harvard Law School<br>1585 Massachusetts Avenue<br>Cambridge, MA 02138<br>(617) 384-9125<br>clinic@cyber.harvard.edu<br><br>Counsel for *Amici Curiae* | Catherine R. Gellis, Esq.<br>P.O. Box 2477<br>Sausalito, CA 94966<br>(202) 642-2849<br>cathy@cgcounsel.com<br><br>Local Counsel in the United States Court of Appeals for the District of Columbia Circuit |

# REPRESENTATION OF CONSENT TO FILE BRIEF AS AMICI CURIAE

Pursuant to Circuit Rule 29(b), *amici* hereby provide notice that counsel for all parties have consented to the filing of briefs of *amici curiae* Members of Congress in support of Defendant-Appellant. The signatory Members of Congress are Zoe Lofgren and Darrell Issa.

Dated: September 25, 2017          /s/ Catherine R. Gellis

Catherine R. Gellis, Esq.
P.O. Box 2477
Sausalito, CA 94966
(202) 642-2849
cathy@cgcounsel.com

Local Counsel in the United States Court of Appeals for the District of Columbia Circuit

# CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to all counsel of record.

Dated: September 25, 2017        /s/ Catherine R. Gellis

                                                Catherine R. Gellis, Esq.
P.O. Box 2477
Sausalito, CA 94966
(202) 642-2849
cathy@cgcounsel.com

Local Counsel in the United States Court of Appeals for the District of Columbia Circuit