IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT
No. 17-7035 (Lead Case), 17-7039

AMERICAN SOCIETY FOR TESTING AND MATERIALS; AND NATIONAL FIRE PROTECTION ASSOCIATION, INC.; AND AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC.,

*Plaintiffs-Appellees*,

v.

PUBLIC.RESOURCE.ORG, INC.,

*Defendant-Appellants*.

AMERICAN EDUCATIONAL RESEARCH ASSOCIATION, INC.; AMERICAN PSYCHOLOGICAL ASSOCIATION, INC.; AND NATIONAL COUNCIL OF MEASUREMENT IN EDUCTION, INC.,

*Plaintiffs-Appellees*,

v.

PUBLIC.RESOURCE.ORG, INC.,

*Defendant-Appellants*,

AMERICAN SOCIETY FOR TESTING AND MATERIALS; NATIONAL FIRE PROTECTION ASSOCIATION, INC.; AND INC., AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC.,

*Intervenors-Appellees*,

1

## NOTICE OF INTENT TO PARTICIPATE AS *AMICI CURIAE* AND REPRESENTATION OF CONSENT TO PARTICIPATE

Pursuant to Circuit Rule 29, the following individuals (hereinafter "Intellectual Property Professors") notify this Court that they intend to participate as *amici curiae* on behalf of the Appellants:

> Stacey Dogan, Boston University School of Law
> Jessica Litman, University of Michigan Law School
> Mark P. McKenna, Notre Dame Law School
> Betsy Rosenblatt, Whittier Law School
> Elizabeth I. Winston, Catholic University, Columbus School of Law
> Rebecca Tushnet, Harvard Law School

The Intellectual Property Professors note that all parties have consented to the filing of their *amicus* brief.

Respectfully submitted,

/s/ Samuel R. Bagenstos
625 S. State St.
Ann Arbor, MI  48109
734-647-7584
sbagen@gmail.com

| | |
|---|---|
| Mark P. McKenna<br>Notre Dame Law School<br>3120 Eck Hall of Law<br>Notre Dame, IN 46556<br>(574-631-9258<br>markmckenna@nd.edu | Rebecca Tushnet<br>Harvard Law School<br>1515 Massachusetts Avenue<br>Cambridge, MA 02138<br>703-593-6759<br>rtushnet@law.harvard.edu |

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2017, the foregoing was filed and served upon all counsel of record electronically by filing a copy of the document with the Clerk through the Court's ECF system.

/s/ Samuel R. Bagenstos
Counsel for *Amici Curiae*