# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 17-7035**                       **September Term, 2017**

1:14-cv-00857-TSC
1:13-cv-01215-TSC

Filed On: October 23, 2017 [1700743]

American Society for Testing and Materials, et al.,

      Appellees

   v.

Public.Resource.Org, Inc.,

      Appellant

------------------------------

Consolidated with 17-7039

### O R D E R

It is **ORDERED**, on the court's own motion, that the briefing schedule set forth in the court's order filed August 16, 2017, be suspended pending further order of the court.

                **FOR THE COURT:**
                Mark J. Langer, Clerk

      BY:   /s/
                Lynda M. Flippin
                Deputy Clerk