# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 17-7035**  **September Term, 2017**

1:13-cv-01215-TSC
1:14-cv-00857-TSC

**Filed On:** October 27, 2017

American Society for Testing and Materials,
et al.,

      Appellees

   v.

Public.Resource.Org, Inc.,

      Appellant

------------------------------

Consolidated with 17-7039


     **BEFORE:**   Henderson, Kavanaugh, and Millett, Circuit Judges

## O R D E R

Upon consideration of the consent motion for leave to exceed word limits and extend time for filing, it is

**ORDERED** that the motion to exceed word limits and extend time for filing be granted. The following revised briefing schedule and format will now apply in these consolidated cases:

| | |
|---|---|
| Appellees' Brief(s)<br>(not to exceed a combined<br>total of 18,000 words) | November 8, 2017 |
| Amici Curiae Briefs in Support of Appellees<br>(not to exceed 6,500 words) | December 6, 2017 |
| Appellant's Reply Brief<br>(not to exceed 9,000 words) | January 24, 2018 |

# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 17-7035** | **September Term, 2017** |

| | |
|---|---|
| Deferred Appendix | January 31, 2018 |
| Final Briefs | February 14, 2018 |

**Per Curiam**

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                            BY:    /s/
                                          Robert J. Cavello
                                          Deputy Clerk