**FENWICK & WEST LLP**

555 CALIFORNIA STREET, 12TH FLOOR   SAN FRANCISCO, CA 94104
TEL 415.875.2300   FAX 415.281.1350   WWW.FENWICK.COM

November 20, 2017

ANDREW P. BRIDGES

EMAIL ABRIDGES@FENWICK.COM
Direct Dial (415) 875-2389

**TO BE FILED ELECTRONICALLY**

Clerk of Court
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Ave., NW
Washington DC 20001

    Re:    Notice of Unavailability of Counsel
American Society for Testing and Materials et al. v. Public.Resource.Org, Inc., Case No. 17-7035 and American Educational Research Association et al. v. Public.Resource.Org, Inc., Case No. 17-7039

Dear Clerk:

The Court has not yet set oral argument in these consolidated appeals.

I will be unavailable for oral argument during the period April 16 to May 11, 2018, owing to a two-week jury trial scheduled to begin on April 24, 2018, in the U.S. District Court for the Central District of California for which I am lead counsel.

    Yours very truly,

    FENWICK & WEST LLP

    */s/ Andrew P. Bridges*

    Andrew P. Bridges

APB:lm
Cc: All counsel of record (by ECF)