ORAL ARGUMENT NOT YET SCHEDULED

Appeal No. 17-7035
(Consolidated with 17-7039)

_____

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

American Society for Testing and Materials, et al.,

American Educational Research, et al.,

*Appellees,*

v.

Public.Resource.Org, Inc.,

*Appellant.*

On Appeal from the United States District Court
for the District of Columbia Hon. Tanya S. Chutkan
1:13-cv-1215-TSC
1:14-cv-0857-TSC

# NOTICE OF PARTIES' CONSENT TO PARTICIPATION
# AS *AMICI CURIAE*

| | |
|---|---|
| Bonnie Y. Hochman Rothell | Gerald W. Griffin |
| MORRIS, MANNING & MARTIN, LLP | CARTER LEDYARD & MILBURN LLP |
| 1401 Eye Street, N.W., Suite 600 | 2 Wall Street |
| Washington, D.C. 20005 | New York, NY 10005 |
| (202) 408-5153 | (212) 732-3200 |
| bhrothell@mmmlaw.com | griffin@clm.com |
| *Counsel for Amici Curiae* | *Of Counsel for Amici Curiae* |

Pursuant to Circuit Rule 29(b), American National Standards Institute, Inc., the American Society of Civil Engineers, American Society of Safety Engineers, the Institute of Electrical and Electronics Engineers, Inc., International Association of Plumbing & Mechanical Officials, the International Electrotechnical Commission, the International Organization for Standardization, the International Code Council, Inc., National Electrical Manufacturers Association, North American Energy Standards Board, and Underwriters Laboratories Inc. (collectively, the "*amici*") hereby respectfully represent to this Court that they intend to participate in this case as amici curiae and to submit a brief addressing the legal issues raised in this appeal.

Counsel for the *amici* has provided advance notice to counsel for all parties in this consolidated appeal of its intent to file an *amicus* brief, as contemplated by the parties' blanket consent to the filing of any such brief.

December 6, 2017                                   Respectfully submitted,

**MORRIS, MANNING & MARTIN, LLP**

  /s/ *Bonnie Hochman Rothell*
Bonnie Y. Hochman Rothell
1401 Eye Street, N.W., Suite 600
Washington, D.C. 20005
bhrothell@mmmlaw.com
Telephone:  (202) 408-5153
Facsimile:   (202) 408-5146

**CARTER LEDYARD & MILBURN LLP**
Gerald W. Griffin
2 Wall Street
New York, NY 10005
griffin@clm.com
Telephone:  (212) 732-3200
Facsimile:   (212) 732-3232

*Counsel for Amicus Curiae*

# **RULE 26.1 DISCLOSURE**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1 and to enable Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for the *amici* states that American National Standards Institute, Inc., the American Society of Civil Engineers, American Society of Safety Engineers, the Institute of Electrical and Electronics Engineers, Inc., International Association of Plumbing & Mechanical Officials, the International Electrotechnical Commission, the International Organization for Standardization, the International Code Council, Inc., National Electrical Manufacturers Association, North American Energy Standards Board, and Underwriters Laboratories Inc. have no parent corporations and no publicly-held company has a 10% or greater ownership in them.

December 6, 2017

Respectfully submitted,

**MORRIS, MANNING & MARTIN, LLP**

  /s/ *Bonnie Hochman Rothell*
Bonnie Y. Hochman Rothell
1401 Eye Street, N.W., Suite 600
Washington, D.C. 20005
bhrothell@mmmlaw.com
Telephone:  (202) 408-5153
Facsimile:   (202) 408-5146

**CARTER LEDYARD & MILBURN LLP**
Gerald W. Griffin
2 Wall Street
New York, NY 10005
griffin@clm.com
Telephone:  (212) 732-3200
Facsimile:   (212) 732-3232

*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2017, I electronically filed the foregoing **Notice of Parties' Consent to Participation as** *Amicus Curiae* with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

                                                   /s/ *Bonnie Hochman Rothell*
                                                   Bonnie Y. Hochman Rothell