**NOT YET SCHEDULED FOR ORAL ARGUMENT**
**No. 17-7035**
(Consolidated with 17-7039)

# United States Court of Appeals
# for the District of Columbia Circuit

AMERICAN SOCIETY FOR TESTING AND MATERIALS; NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, INC.,

*Plaintiffs-Appellees,*

*v.*

PUBLIC.RESOURCE.ORG, INC.,

*Defendant-Appellant.*

*On Appeal from the United States District Court for the District of Columbia in Case Nos. 1:13-cv-1215 and 1:14-cv-0857, Honorable Tanya S. Chutkan*

**NOTICE OF INTENT TO FILE AMICUS BRIEF ON BEHALF OF THE INTERNATIONAL TRADEMARK ASSOCIATION IN SUPPORT OF APPELLEES**

David A. Donahue
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
Four Times Square, 17th Floor
New York, New York 10036
(212) 813-5900
ddonahue@frosszelnick.com

Anthony J. Dreyer
Jordan A. Feirman
Hannah M. Marek
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
anthony.dreyer@skadden.com

*Counsel for Amicus Curiae*

Pursuant to Federal Rule of Appellate Procedure 29(a) and Circuit Rule 29(b), the International Trademark Association hereby notifies this Court of its intent to file a brief *amicus curiae* in support of Plaintiffs-Appellees in the above-referenced case. All parties have consented to such participation.

Respectfully submitted,

  /s/ Anthony J. Dreyer
Anthony J. Dreyer
Jordan A. Feirman
Hannah M. Marek
SKADDEN ARPS SLATE
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000
anthony.dreyer@skadden.com

David A. Donahue
FROSS ZELNICK LEHRMAN &
  ZISSU, P.C.
Four Times Square, 17th Floor
New York, New York 10036
ddonahue@frosszelnick.com

*Counsel for Amicus Curiae*

Dated: December 6, 2017

# RULE 26.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, *amicus curiae* the International Trademark Association states that it is not a publicly held corporation or other publicly held entity. The International Trademark Association does not have any parent corporation, and no publicly held corporation or other publicly held entity holds 10% or more of its stock.

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2017, I electronically filed the foregoing Notice of Intent to File Brief of the International Trademark Association as *Amicus Curiae* in Support of Appellees with the Clerk of the Court for the U.S. Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. All participants are registered CM/ECF users, and will be served by the appellate CM/ECF system.

       /s/ Anthony J. Dreyer
      Anthony J. Dreyer