**ELECTRONIC FRONTIER FOUNDATION**
Protecting Rights and Promoting Freedom on the Electronic Frontier

December 15, 2017

Clerk of the Court
United States Court of Appeals
for the District of Columbia Circuit
333 Constitution Ave., NW
Washington DC  20001

      Re:    Notice of Unavailability of Counsel
              *American Society for Testing and Materials et al. v. Public.Resource.Org.Inc.*, Case No. 17-7035 and *American Educational Research Association et al. v. Public.Resource.Org., Inc.*, Case No. 17-7039

Dear Clerk:

      The Court has not yet set oral argument in these consolidated appeals.

      I am counsel for Public.Resource.Org., Inc. in these matters.  I write to notify the court that I will be unavailable for oral argument during the periods of March 20 through March 25, 2018, April 5 through April 14, 2018, and April 22 through April 26, 2018.

                                                         Very truly yours,

                                                         */s/ Corynne McSherry*

                                                         Corynne McSherry

cc:    All counsel of record via ECF.

815 Eddy Street • San Francisco, CA  94109 USA
voice +1 415 436 9333     fax +1 415 436 9993     web www.eff.org     email information@eff.org