## MUNGER, TOLLES & OLSON LLP

1155 F STREET N.W.
SEVENTH FLOOR
WASHINGTON, D.C. 20004-1361
TELEPHONE (202) 220-1100
FACSIMILE (202) 220-2300

350 SOUTH GRAND AVENUE
FIFTIETH FLOOR
LOS ANGELES, CALIFORNIA 90071-3426
TELEPHONE (213) 683-9100
FACSIMILE (213) 683-3702

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-3089
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

January 11, 2018

Writer's Direct Contact
(202) 220-1101
(213) 683-4007 FAX
Donald.Verrilli@mto.com

**VIA CM/ECF FILING**

Mark Langer, Clerk
United States Court of Appeals for the District
of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue NW
Room 5205
Washington, DC 20001-2866

  Re: *American Society for Testing and Materials et al. v. Public.Resource.Org, Inc.*, Case No. 17-7035 and *American Educational Research Association et al. v. Public.Resource.Org, Inc.*, Case No. 17-7039

Dear Mr. Langer:

  These consolidated appeals are currently scheduled to be fully briefed on February 14, 2018. The Court has not yet scheduled the appeals for oral argument.

  I am counsel for the National Fire Protection Association, Inc., appellee in No. 17-7035, and one of the counsel arguing on behalf of appellees. I write to inform the Court of my availability for oral argument. I will be unavailable for argument March 5-April 2, May 21, September 13 and 21, October 23 and 26. I respectfully request that the Court not schedule oral argument in this matter on these dates.

MUNGER, TOLLES & OLSON LLP

Mark Langer
January 11, 2018
Page 2

Very truly yours,

Donald B. Verrilli, Jr.

Cc: All Counsel via CM/ECF

37563779.1