# KING & SPALDING

King & Spalding LLP
101 Second Street
Suite 2300
San Francisco, CA 94105
Tel: +1 415 318 1200
Fax: +1 415 318 1300

Joseph R. Wetzel
Partner
Direct Dial: +1 415 318 1263
Direct Fax: +1 415 318 1300
jwetzel@kslaw.com

January 25, 2018

**VIA CM/ECF FILING**

Mark Langer, Clerk
United States Court of Appeals for the
District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue NW
Room 5205
Washington, DC 20001-2866

> Re: *American Society for Testing and Materials et al. v. Public.Resource.Org. Inc.*, Case No. 17-7035 and *American Educational Research Association et al. v. Public.Resource.Org Inc.*, Case No. 17-7039

Mr. Langer:

The consolidated appeals of the above referenced matters are scheduled to be fully briefed on February 14, 2018. The Court has not yet scheduled oral argument.

I am lead counsel for the American Society of Heating, Refrigerating and Air-Conditioning engineers, which is an appellee in Case No. 17-7035. I write to inform the Court that I will be unavailable for oral argument on the following dates: March 13-16, April 3-6, May 25, and July 2-6. I respectfully request that the Court not schedule oral argument in this matter on these dates.

Regards,

*/s/ Joseph R. Wetzel*

Joseph R. Wetzel

Cc: All Counsel via CM/ECF