# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 17-7035**　　　　　　　　　　　　　　　**September Term, 2017**

　　　　　　　　　　　　　　　　　　　　　　　1:13-cv-01215-TSC
　　　　　　　　　　　　　　　　　　　　　　　1:14-cv-00857-TSC

　　　　　　　　　　　　　　**Filed On: May 14, 2018** [1730922]

American Society for Testing and Materials,
et al.,

　　　　Appellees

　　v.

Public.Resource.Org, Inc.,

　　　　Appellant

------------------------------

Consolidated with 17-7039

　　**BEFORE:**　Circuit Judges Tatel, Wilkins, and Katsas

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on May 14, 2018 at 10:11 a.m. The cause was heard as case No. 2 of 2 and argued before the Court by:

　　Corynne McSherry, counsel for Appellant.

　　Donald B. Verrilli, Jr., counsel for Appellees.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　Shana E. Thurman
　　　　　　　　　　　　　　　　　Deputy Clerk