# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 17-7035**  **September Term, 2017**

1:13-cv-01215-TSC
1:14-cv-00857-TSC

**Filed On: August 28, 2018** [1747722]

American Society for Testing and Materials,
et al.,

      Appellees

    v.

Public.Resource.Org, Inc.,

      Appellant

------------------------------

Consolidated with 17-7039

## M A N D A T E

In accordance with the judgment of July 17, 2018, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

          BY:    /s/
                   Ken R. Meadows
                   Deputy Clerk

Link to the judgment filed July 17, 2018